No. 00–6671. DIXON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6676. BONNER *v.* UNITED STATES; and
No. 00–6736. LEWIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 217 F. 3d 247.

No. 00–6721. JENKINS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–6951. WOODS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–6969. ATKINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6982. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6985. WAY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–7014. RAMON VEGA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7036. WOODS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–7071. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7103. ESKRIDGE *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 00–7128. WARD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7144. PARSONS *v.* DELANEY, ACTING SECRETARY OF THE AIR FORCE. C. A. 8th Cir. Certiorari denied.

No. 00–7162. THIBODEAUX *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–7173. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.